# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CHERYL HARRIS, : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION 13-00481-KD-B |
| : | |
| CAROLYN W. COLVIN, : | |
| Commissioner of Social Security, : | |
| Defendant. : | |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated October 28, 2014, is **ADOPTED** as the opinion of this Court. Accordingly, the decision of the Commissioner of Social Security denying Plaintiff's claim for a period of disability, disability insurance benefits, and supplemental security income, is **AFFIRMED.**

**DONE** and **ORDERED** this the **12**th day of **November 2014.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**